**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **BLUESTONE VENTURES, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| ***v.*** | § | **CASE NO. 7:25-CV-00569-DC-DTG** |
| | § | |
| **GOOGLE LLC,** | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S NOTICE OF INTENT TO PROCEED WITH VENUE DISCOVERY (DKT. NO. 33)**

Before the Court is Defendant, Google LLC's, Motion to Strike Plaintiff's Notice of Intent to Proceed with Venue Discovery. (Dkt. No. 33). Because of confusion about the applicability of Judge Counts's August 2, 2022, Order Governing Proceedings, the plaintiff provided a sufficient explanation for its delay in filing its Notice and its ultimate response to the venue motion. Dkt. No. 35. Additionally, the defendant failed to identify any prejudice that would result from permitting the late filing.

As such, the defendant's Motion to Strike Plaintiff's Notice of Intent to Proceed with Venue Discovery, (Dkt. No. 33), is **DENIED**.

**SIGNED** this 10th day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE